■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HURD, Also Known as TOMMY HURD, Also Known as TOMMIE HURD, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on December 8, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Smith, JJ.